IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CBS CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-727 |

**NOTICE OF CHANGE OF FIRM ADDRESS**

  PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

              ASHBY & GEDDES

              */s/ Steven J. Balick*

              Steven J. Balick (I.D. #2114)
              John G. Day (I.D. #2403)
              Lauren E. Maguire (I.D. #4261)
              222 Delaware Avenue, 17th Floor
              P.O. Box 1150
              Wilmington, DE 19899
              (302) 654-1888

              *Attorneys for Plaintiff*

*Of Counsel:*

John F. Sweeney
Joseph A. DeGirolamo
Michael O. Cummings
James Hwa
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700

Dated: December 14, 2006
175969.1