## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 06-727-GMS |
| | ) |
| CBS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time in which defendant may move, answer or otherwise plead in response to the Complaint is extended until January 26, 2007.  The reason for this extension is that defendant has just retained counsel, and requires additional time to analyze the issues and prepare a response to the Complaint, particularly in light of the upcoming holidays.

ASHBY & GEDDES                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Steven J. Balick*                    */s/ Jack B. Blumenfeld*
Steven J. Balick (No. 2114)              Jack B. Blumenfeld (No. 1014)
John G. Day (No. 2403)                   1201 N. Market Street
Lauren E. Maguire (No. 4261)             Wilmington, DE  19899-1347
500 Delaware Avenue, 8th Floor           (302) 658-9200
Wilmington, DE  19899                    jblumenfeld@mnat.com
(302) 654-1888                             *Attorneys for Defendant*
sbalick@ashby-geddes.com
  *Attorneys for Plaintiff*


                              **SO ORDERED** this _____ day of December, 2006.


                              _____
                              District Judge