IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES LP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CBS CORPORATION,<br><br>　　　　Defendant. | C.A. No. 06-727 GMS |

## CBS CORPORATION'S RULE 7.1 STATEMENT

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, defendant CBS Corporation, by and through its undersigned counsel, hereby certifies that (i) CBS Corporation is a publicly traded company; (ii) National Amusements, Inc., a closely held corporation, is the controlling shareholder of CBS Corporation; and (iii) according to documents filed on behalf of AXA Financial, Inc., AXA Financial, Inc. owns more than 10% of CBS Corporation's non-voting stock.

　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Jack B. Blumenfeld (# 1014)*
　　　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (No. 1014)
　　　　　　　　　　　　　　　　　　　　Leslie A. Polizoti (No. 4299)
　　　　　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　jblumenfeld@mnat.com
Of Counsel:　　　　　　　　　　　　　　*Attorneys for Defendant*

Matthew D. Powers
Edward R. Reines
Anne M. Cappella
Sonal N. Mehta
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Timothy E. DeMasi
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

January 26, 2007

700353.2

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Steven J. Balick
>John G. Day
>Ashby & Geddes

I also certify that copies were caused to be served on January 26, 2007 upon the following in the manner indicated:

**BY HAND**

>Steven J. Balick
>John G. Day
>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE  19899

>*/s/ Jack B. Blumenfeld (#1014)*
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com