# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

March 21, 2007

The Honorable Gregory M. Sleet                                                    *VIA E-FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

      Re:   *Rembrandt Technologies LP v. CBS Corporation*; C.A. No. 06-727 (GMS)
              *Rembrandt Technologies LP v. NBC Universal, Inc.*; C.A. No. 06-729 (GMS)
              *Rembrandt Technologies LP v. ABC, Inc.*; C.A. No. 06-730 (GMS)

Dear Judge Sleet:

        We represent the defendants in these three cases involving U.S. Patent No. 5,243,627 (the "'627 patent"). We understand that the '627 patent has also been asserted in *Rembrandt v. Cablevision*, C.A. No. 06-635-GMS, and that a scheduling conference is set in that case for next Monday, March 26. The '627 patent is also asserted in *Rembrandt v. Fox Entertainment*, C.A. No. 06-731-GMS. We believe that it would serve the interests of judicial economy for all five of these cases to be coordinated, at least with respect to *Markman* proceedings and discovery on the '627 patent, as well as any trial on that patent. Although we are not available on March 26, we did want to communicate to the Court our interest in the coordination of the '627 patent proceedings, with the hope that Your Honor will consider setting a scheduling conference in all five cases with respect to the '627 patent. Thank you for your consideration.

                                                      Respectfully,

                                                      Jack B. Blumenfeld (I.D. No. 1014)

JBB/dlb
cc:     Clerk of Court (Via Hand Delivery)
        Steven J. Balick, Esquire (Via Hand Delivery)
        John F. Sweeney, Esquire (Via E-Mail)
        Kevin M. Baird, Esquire (Via Hand Delivery)
        Frederick L. Cottrell, III, Esquire (Via Hand Delivery)
        Richard L. Horwitz, Esquire (Via Hand Delivery)
        Edward R. Reines, Esquire (Via E-Mail)