# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 22, 2007

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re:  *Rembrandt Technologies LP v. ABC, Inc.;* C.A. No. 06-730-GMS
*Rembrandt Technologies LP v. CBS Corporation;* C.A. No. 06-727-GMS
*Rembrandt Technologies LP v. NBC Universal, Inc.;* C.A. No. 06-729-GMS
*Rembrandt Technologies LP v. Fox Entertainment Group, Inc. and
Fox Broadcasting Company;* C.A. No. 06-731-GMS

Dear Judge Sleet:

We write in response to Mr. Blumenfeld's letter to Your Honor regarding the above cases, dated March 21, 2007 (D.I. 16). We represent the plaintiff in the above cases ("the broadcaster cases") and oppose defendants' request to coordinate the Markman proceedings, discovery and trial concerning U.S. Patent No. 5,243,627 ("the '627 patent") in these cases with the *Rembrandt v. Cablevision* case, C.A. No. 06-635-GMS ("Cablevision").

We do not believe that coordination of the '627 patent proceedings would serve the interests of the Court or the parties. First, the '627 patent is the only patent that has been asserted against the defendants in the broadcaster cases, whereas there are four other patents asserted in the *Cablevision* case. Second, those four other patents asserted against Cablevision relate to an entirely different technology than the '627 patent (cable modems rather than digital television). Third, even with respect to the '627 patent, the claims relating to the issue of the broadcasters' infringement are different than those claims in the '627 patent asserted against Cablevision.

For the above reasons, we do not believe there should be consolidation of the broadcaster cases with *Cablevision*, or a consolidation of the scheduling conferences in the *Cablevision* and broadcaster cases. We also respectfully advise the Court that we cannot be present on March 26, the date of the *Cablevision* scheduling conference.

Respectfully,

/s/ *Lauren E. Maguire*

Lauren E. Maguire

LEM/dmf

The Honorable Gregory M. Sleet
March 22, 2007
Page 2

cc:  Clerk of the Court (by hand)
     Jack B. Blumenfeld, Esq. (by hand)
     Kevin M. Baird, Esq. (by hand)
     Frederick L. Cottrell, III, Esq. (by hand)
     Richard L. Horwitz, Esq. (by hand)
     Edward R. Reines, Esq. (via electronic mail) (edward.reines@weil.com)
     William W. Oxley, Esq. (via electronic mail) (woxley@orrick.com)
     William L. Anthony, Jr., Esq. (via electronic mail) (wanthony@orrick.com)
     John F. Sweeney, Esq. (via electronic mail)